OLIVER J. PANCHERI, ESQ. (NBN 7476)
JESSICA M. LUJAN, ESQ. (NBN 14913)
TIFFANY SOLARI, ESQ. (NBN 16003)
**SPENCER FANE LLP**
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 408-3401
Email: opancheri@spencerfane.com
   jlujan@spencerfane.com
   tsolari@spencerfane.com

*Attorneys for Defendant Las Vegas Valley Water District*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL CASTOR, ESQ., as Trustee of CPACS, A LIVING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS VALLEY WATER DISTRICT, a not-for-profit agency and political subdivision of the State of Nevada,<br><br>Defendant. | Case No.: 2:25-cv-01628-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** (First Request) |

### STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for the Las Vegas Valley Water District (the "***Defendant***") to respond to Plaintiff's First Amended Complaint will be extended as follows:

1.   This is the first requested extension of the Defendant's deadline to respond to Plaintiff's First Amended Complaint.

2.   Defendant's response to the First Amended Complaint is currently due on September 5, 2025.

3. Plaintiff and Defendant hereby stipulate to extend the deadline for Defendant to respond to the First Amended Complaint by five days, up to and including September 10, 2025.

4. The stipulated extension is supported by good cause. Good cause exists to extend the deadline to answer because the undersigned counsel for Defendant is concurrently managing multiple deadlines and hearings in separate cases, creating an unavoidable scheduling conflict. This modest extension will afford Defendant sufficient time to investigate Plaintiff's amended causes of action and formulate their response to Plaintiff's amended allegations and the bases therefor.

5. No party will be prejudiced by the stipulated extension, nor will the stipulated extension cause undue delay.

6. The stipulated extension is not brought for any improper purpose.

**IT IS SO STIPULATED.**

DATED this 4th day of September, 2025.

**SPENCER FANE LLP**

/s/ Oliver J. Pancheri
OLIVER J. PANCHERI, ESQ. (NBN 7476)
JESSICA M. LUJAN, ESQ. (NBN 14913)
TIFFANY SOLARI, ESQ. (NBN 16003)
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 408-3401

*Attorneys for Defendant*
*Las Vegas Valley Water District*

DATED this 4th day of September, 2025.

**LEX TECNICA LTD**

/s/ Samuel D. Castor
SAMUEL D. CASTOR, ESQ.
Nevada Bar No. 11532
NICHOLAS R. ANDERSON, ESQ.
Nevada Bar No. 13815
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: September 8, 2025