**LEX TECNICA LTD**
DAVID GARDNER, ESQ.
Nevada Bar No. 12375
NICHOLAS R. ANDERSON, ESQ.
Nevada Bar No. 13815
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
david@lextecnica.com
nick@lextecnica.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL CASTOR, ESQ., as Trustee of CPACS, A LIVING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS VALLEY WATER DISTRICT, a not-for-profit agency and political subdivision of the State of Nevada,<br><br>Defendant. | Civil Case No.: 2:25-cv-01628-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (First Request)** |

### STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for Plaintiff CPACS, A Living Trust ("Plaintiff") to respond to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint will be extended as follows:

1. Defendant filed its Motion to Dismiss Plaintiff's First Amended Complaint ("MTD") on September 10, 2025 (ECF No. 6). Under LR 7-2(b), Plaintiff's opposition is currently due on September 24, 2025.

. . .

2. The parties stipulate to extend the deadline for Plaintiff to file its opposition to the MTD by seven (7) days, up to and including October 1, 2025. Defendant's reply deadline will be extended correspondingly under LR 7-2(b) to October 8, 2025.

3. The stipulated extension is supported by good cause. Good cause exists to extend the deadline to file Plaintiff's opposition because the undersigned counsel for Plaintiff is concurrently managing multiple deadlines and hearings in separate cases, creating an unavoidable scheduling conflict.

4. This modest extension will afford Plaintiff sufficient time to complete its record check and finalize its opposition to Defendant's motion, including responsive analysis to the issues raised and authorities cited. Plaintiff stipulated to Defendant's request to extend the deadline to respond to the First Amended Complaint, based on the same considerations, including the complexity of the case and overlapping counsel obligations. This reciprocal accommodation underscores the parties' cooperation, the absence of prejudice, and the efficiency gained from short, targeted extensions.

5. The parties agree that the requested extension will not prejudice either party, is not sought for purposes of delay, and will not impact any other case deadlines. Resolving the MTD on a complete record promotes efficiency and adjudication on the merits.

6. This is the parties' first request to extend this deadline. Although filed on the day the opposition is due, the parties submit that extraordinary circumstances and just cause are shown here, and that the short extension will facilitate focused, accurate briefing without disrupting case management.

LV 6935101.1

IT IS SO STIPULATED.

DATED this 24th day of September, 2025.

**SPENCER FANE LLP**

/s/ Jessica Lujan
OLIVER J. PANCHERI, ESQ. (NBN 7476)
JESSICA M. LUJAN, ESQ. (NBN 14913)
TIFFANY SOLARI, ESQ. (NBN 16003)
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 408-3401

*Attorneys for Defendant*
*Las Vegas Valley Water District*

DATED this 24th day of September, 2025.

**LEX TECNICA LTD**

/s/ David Gardner
DAVID GARDNER, ESQ.
Nevada Bar No. 12375
NICHOLAS R. ANDERSON, ESQ.
Nevada Bar No. 13815
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT JUDGE

DATED: September 25, 2025.

3

LV 6935101.1