| | |
|---|---|
| 1 | OLIVER J. PANCHERI, ESQ. (NBN 7476) |
| 2 | JESSICA M. LUJAN, ESQ. (NBN 14913) |
|   | TIFFANY SOLARI, ESQ. (NBN 16003) |
| 3 | **SPENCER FANE LLP** |
|   | 300 S. 4th Street, Suite 1600 |
| 4 | Las Vegas, Nevada 89101 |
| 5 | Tel.: (702) 408-3400 / Fax: (702) 408-3401 |
|   | Email: opancheri@spencerfane.com |
| 6 | jlujan@spencerfane.com |
|   | tsolari@spencerfane.com |

*Attorneys for Defendant Las Vegas Valley Water District*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL CASTOR, ESQ., as Trustee of CPACS, A LIVING TRUST, | Civil Case No.: 2:25-cv-01628-RFB-MDC |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| v. | |
| LAS VEGAS VALLEY WATER DISTRICT, a not-for-profit agency and political subdivision of the State of Nevada, | |
| Defendant. | (First Request) |

### STIPULATION

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective counsel of record, that the deadline for the Las Vegas Valley Water District (the "***Defendant***") to file its Reply in support of its Motion to Dismiss the First Amended Complaint (the "***Reply***") will be extended as follows:

1. This is the first requested extension of this Reply deadline.

2. Defendant's Reply in support of its Motion to Dismiss (ECF No. 6) is currently due on October 8, 2025.

/ / /

/ / /

LV 6935101.1

3. Plaintiff and Defendant hereby stipulate to extend the deadline for Defendant to file its Reply by seven days, up to and including October 15, 2025.

4. The stipulated extension is supported by good cause. The parties have already agreed to extend this Reply deadline as represented in their recent Joint Status Report (ECF No. 14). The parties have cooperated in the granting of extensions (*see, e.g.* ECF Nos. 5, 12), which has helped counsel manage busy workloads and conflicting schedules. This jointly requested extension serves that purpose and allows for more fulsome research and briefing related to the Reply, which in turn serves the interests of judicial economy.

5. No party will be prejudiced by the stipulated extension, nor will the stipulated extension cause undue delay.

6. The stipulated extension is not brought for any improper purpose.

**IT IS SO STIPULATED.**

DATED this 6th day of October, 2025.

**SPENCER FANE LLP**

/s/ *Oliver J. Pancheri*
OLIVER J. PANCHERI, ESQ. (NBN 7476)
JESSICA M. LUJAN, ESQ. (NBN 14913)
TIFFANY SOLARI, ESQ. (NBN 16003)
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 408-3401
*Attorneys for Defendant*
*Las Vegas Valley Water District*

DATED this 6th day of October, 2025.

**LEX TECNICA LTD**

/s/ *David Gardner*
DAVID GARDNER, ESQ. (NBN 12375)
NICHOLAS R. ANDERSON, ESQ. (NBN 13815)
SCOTT WHITWORTH, ESQ. (NBN 15671)
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 7, 2025.