OLIVER J. PANCHERI, ESQ. (NBN 7476)
JESSICA M. LUJAN, ESQ. (NBN 14913)
TIFFANY SOLARI, ESQ. (NBN 16003)
**SPENCER FANE LLP**
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 408-3401
Email: opancheri@spencerfane.com
        jlujan@spencerfane.com
        tsolari@spencerfane.com

*Attorneys for Defendant Las Vegas Valley
Water District*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL CASTOR, ESQ., as Trustee of CPACS, A LIVING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS VALLEY WATER DISTRICT, a not-for-profit agency and political subdivision of the State of Nevada,<br><br>Defendant. | Civil Case No.: 2:25-cv-01628-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES RELATED TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>(First Request) |

## STIPULATION

IT IS HEREBY STIPULATED by and between the Las Vegas Valley Water District ("***Defendant***"), by and through its counsel of record, the law firm of Spencer Fane LLP, and Plaintiff, Samuel Castor, Esq. as Trustee of CPACS (hereinafter "***Plaintiff***"), by and through his counsel of record, the law firm of Lex Tecnica Ltd., as follows:

1.      On January 23, 2026, Plaintiff filed its Motion for Partial Summary Judgment on Liability Under the First Cause of Action (Procedural Due Process Violations Under 42 U.S.C. § 1983) (ECF No. 41) (the "***Motion for Partial Summary Judgment***").

2.      Defendant's deadline to file a response is currently February 13, 2026 (the "***Response deadline***").

LV 7096498.1

3.      Plaintiff's deadline to file a reply is currently February 27, 2026 (the "*Reply deadline*").

4.      Plaintiff and Defendant hereby stipulate to extend the Response deadline for the Motion for Partial Summary Judgment (ECF No. 41) by fourteen (14) days, up to and including February 27, 2026.

5.      Plaintiff and Defendant hereby stipulate to extend the Reply deadline for the Motion for Partial Summary Judgment (ECF No. 41) by fourteen (14) days, up to and including March 13, 2026.

6.      The stipulated extension is supported by good cause. Defendant's counsel is currently dealing with conflicting/overlapping deadlines and schedules for other matters in addition to unavoidable personal obligations during the response period. Defendant's counsel requires the brief extension to respond to the Motion for Partial Summary Judgment. The mutual extensions will further ensure that counsel and the parties have sufficient time to provide carefully researched and drafted briefing to the Court related to the Motion for Partial Summary Judgment, which will serve judicial economy and assist the Court's analysis of the issues.

7.      No party will be prejudiced by the stipulated extension, nor will the stipulated extension cause undue delay. The stipulated extension is not brought for any improper purpose.

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

/ /

LV 7096498.1

**IT IS SO STIPULATED.**

DATED this 6th day of February, 2025.

**SPENCER FANE LLP**

*/s/ Jessica M. Lujan*
OLIVER J. PANCHERI, ESQ. (NBN 7476)
JESSICA M. LUJAN, ESQ. (NBN 14913)
TIFFANY SOLARI, ESQ. (NBN 16003)
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Las Vegas Valley Water District*

DATED this 6th day of February, 2025.

**LEX TECNICA LTD**

*/s/David Gardner*
DAVID GARDNER, ESQ. (NBN 12375)
NICHOLAS R. ANDERSON, ESQ. (NBN 13815)
SCOTT WHITWORTH, ESQ. (NBN 15671)
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145

*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

**DATED:** February 9, 2026.

3

LV 7096498.1