**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SAMUEL CASTOR, ESQ., as Trustee of CPACS, a Living Trust,

Plaintiff,

Vs.

LAS VEGAS VALLEY WATER DISTRICT, a political subdivision of the State of Nevada,

Defendant.

Case No. 2:25-cv-01628-RFB-MDC

**ORDER CONTINUING HEARING REGARDING MOTION FOR RECONSIDERATION**

Due to a scheduling conflict, the Court **CONTINUES** the previously scheduled October 22, 2026 hearing regarding plaintiff's *Motion for Reconsideration* (*see* ECF Nos. 57, 78) ("Motion"). The parties shall now appear at **1:00 p.m. on November 5, 2026 in Courtroom 3D** regarding the Motion.

IT IS SO ORDERED.

Dated: October 20, 2026.

_______________________________
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge