OLIVER J. PANCHERI, ESQ.
Nevada Bar No. 7476
JESSICA M. LUJAN, ESQ.
Nevada Bar No. 14913
TIFFANY SOLARI, ESQ.
Nevada Bar No. 16003
**SPENCER FANE LLP**
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400
Fax: (702) 408-3401
Email: opancheri@spencerfane.com
jlujan@spencerfane.com
tsolari@spencerfane.com

*Attorneys for Defendant Las Vegas Valley Water District*

KELLY A. EVANS, ESQ.
Nevada Bar No. 7691
CHAD R. FEARS, ESQ.
Nevada Bar No. 6970
JEFFREY F. BARR, ESQ.
Nevada Bar No. 7269
BRENNEN D. MARSHALL, ESQ.
Nevada Bar No. 16578
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Tel.: (702) 805-0290
Fax: (702) 805-0291
Email: kevans@efsmmlaw.com
cfears@efsmmlaw.com
jbarr@efsmmlaw.com
bmarshall@efsmmlaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMUEL CASTOR, ESQ., as Trustee of CPACS, A LIVING TRUST,<br><br>Plaintiff,<br>v.<br><br>LAS VEGAS VALLEY WATER DISTRICT, a not-for-profit agency and political subdivision of the State of Nevada,<br><br>Defendant. | Civil Case No.: 2:25-cv-01628-RFB-MDC<br><br>**LAS VEGAS VALLEY WATER DISTRICT'S MOTION FOR LEAVE TO SUPPLEMENT RECORD RELATED TO SPOLIATION MOTION (ECF Nos. 76, 79, 83)** |

Defendant Las Vegas Valley Water District (the "***District***"), by and through its undersigned counsel of record, hereby moves to supplement the record related to Plaintiff Samuel Castor's ("***Plaintiff***") supplemental request for spoliation sanctions (the "***Supplement***") to include the expert report of Andrew J. Thielen, P.E., and Christopher J. Brand, P.E., a true and correct copy of which is attached hereto as **Exhibit A**. *See* (ECF Nos. 76, 79, and 83) (Supplement briefing).

/ / /

The report addresses meter functionality, is relevant to Plaintiff's renewed request for dispositive sanctions against the District, and is submitted well before the current expert deadline of January 15, 2027. (ECF No. 69). Accordingly, the District respectfully requests that the Court exercise its inherent discretion to allow supplementation of the record on an important issue in this case so that it may consider all probative evidence in rendering its decision on spoliation sanctions. The Supplement is presently set for a hearing on November 5, 2026, at 1:30 p.m.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Plaintiff's renewed request for sanctions rests on his incorrect argument that the water meter at his property overcharged him after being "stuck" and allegedly malfunctioning. He further claims that the removal of the meter in September 2025 prejudiced his ability to observe the condition of the meter "system" during the period of time in which Plaintiff incurred Excessive Use Charges ("***EUC***") a year earlier from March-September 2024. *See generally* (ECF No. 89).

The report addresses four points: (1) the removal and bench test of the meter did not alter its function of performance from its in-situ installation; (2) nutating disc and positive displacement meters tend to under register flow, favoring the customer rather than overcharging; (3) the documented removal and bench test did not involve modification or repair of the measuring mechanism; and (4) a bench test is the preferred method for testing a meter and in-situ testing is not inherently more reliable and may not be able to meet the recommended testing requirements.

Courts in this district have granted similar motions to supplement the record, particularly when the opposing party is not prejudiced by the new information presented. *See, e.g., In re W. States Wholesale Nat. Gas Antitrust Litig.*, No. 203CV-01431-PMP-PAL, 2009 WL 689886, at *7 (D. Nev. Mar. 9, 2009) (unpublished) ("The Court will grant Plaintiffs' motion to supplement the record. The Court granted Plaintiffs' motion to compel and Plaintiffs should be given the opportunity to present the produced evidence. Although Plaintiffs delayed in filing the supplement, Dynegy has not established prejudice as a result.").

The District began searching for a meter expert once it realized that the Court was reopening the spoliation issue for further consideration. Consideration of all available evidence related to a potentially case-ending issue furthers this district's policy of adjudicating cases on their merits

whenever possible. *Bd. of Trs. of Teamsters Loc. 631 Sec. Fund for S. Nevada v. World Wide Exhibits, Inc.*, 770 F. Supp. 3d 1245, 1249 (D. Nev. 2025), *aff'd sub nom. Bd. of Trs. of Teamsters Loc. 631 Sec. Fund v. World Wide Exhibits, Inc.*, No. 25-2381, 2026 WL 1362112 (9th Cir. May 15, 2026) ("[default] judgment [ ] is a drastic step appropriate only in extreme circumstances; **a case should, whenever possible, be decided on the merits**.") (emphasis added). Given the nature of this evidentiary dispute, the District respectfully submits that the Court should consider any available exculpatory or mitigating evidence from experts in the field who can credibly opine on the science behind water meter functionality as it considers Plaintiff's renewed request for severe, case-ending sanctions against the District.

## CONCLUSION

For the foregoing reasons, the District respectfully requests that the instant Motion to Supplement the Record be GRANTED in its entirety, and that the expert report, attached hereto as Exhibit A, be filed as a supplement to (ECF No. 83).

DATED this 4th day of November 2026.

**SPENCER FANE LLP**

*/s/ Tiffany Solari*

OLIVER J. PANCHERI, ESQ. (NBN 7476)
JESSICA M. LUJAN, ESQ. (NBN 14913)
TIFFANY SOLARI, ESQ. (NBN 16003)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: (702) 408-3400 / Fax: (702) 408-3401
Email: opancheri@spencerfane.com
jlujan@spencerfane.com
tsolari@spencerfane.com

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
Kelly A. Evans, Esq. (NBN 7691)
Chad R. Fears, Esq. (NBN 6970)
Jeffrey F. Barr, Esq. (NBN 7269)
Brennen D. Marshall, Esq. (NBN 16578)
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Tel.: (702) 805-0290 / Fax: (702) 805-0291
Email: kevans@efsmmlaw.com
cfears@efsmmlaw.com
jbarr@efsmmlaw.com
bmarshall@efsmmlaw.com
*Attorneys for Defendant Las Vegas Valley Water District*