# EXHIBIT A

Expert Report of Andrew J. Thielen, P.E. and
Christopher J. Brand, P.E. (Engineering Systems, Inc.),
dated November 4, 2026

Oliver J. Pancheri, Esq. (SBN 7476)
Jessica M. Lujan, Esq. (SBN 14913)
Tiffany Solari, Esq. (SBN 16003)
**SPENCER FANE LLP**
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101
Tel.: 702-408-3400
Fax: 702-408-3401
opancheri@spencerfane.com
jlujan@spencerfane.com
tsolari@spencerfane.com

Kelly A. Evans, Esq. (SBN 7691)
Chad R. Fears, Esq. (SBN 6970)
Jeffrey F. Barr, Esq. (SBN 7269)
Brennen D. Marshall, Esq. (SBN 16578)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: 702-805-0290
Facsimile: 702-805-0291
kevans@efsmmlaw.com
cfears@efsmmlaw.com
jbarr@efsmmlaw.com
bmarshall@efsmmlaw.com

*Attorneys for Defendant Las Vegas Valley Water District*

Evans Fears Schuttert McNulty Mickus
6720 Via Austi Parkway, Suite 300
Las Vegas. NV 89119

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMUEL CASTOR, ESQ., as Trustee of CPACS, a Living Trust;<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS VALLEY WATER DISTRICT, a Political Subdivision of the State of Nevada,<br><br>Defendants. | **CASE NO.: 2:25-cv-01628-RFB-MDC**<br><br>**DEFENDANT LAS VEGAS VALLEY WATER DISTRICT'S INITIAL EXPERT WITNESS DESIGNATION PURSUANT TO RULE 26(a)(2)** |

Defendant Las Vegas Valley Water District (Defendant), by and through its counsel, makes the following designation of expert witnesses in this matter pursuant to Federal Rule of Civil Procedure 26(a)(2).

1. Andrew J. Thielen, P.E.
   Engineering Systems, Inc.
   2355 Polaris Lane North, Suite 120
   Plymouth, MN 55447-4777

Mr. Thielen is a mechanical engineer with expertise in heating, ventilation, air conditioning, and plumbing systems. He will offer expert opinions and testimony concerning the operation, accuracy, testing, and performance of the subject water meter and the allegations of inaccurate registration and overbilling in this action. His opinions are based on his education, training, professional experience, and review of the materials identified in his report. He will testify consistently with the opinions and analysis set forth in the report jointly prepared with Christopher J. Brand, P.E., attached as Exhibit A. Mr. Thielen's curriculum vitae and testimony history for the previous four years are included as attachments to the report. ESi charges $495/hour for Mr. Thielen's work in this matter.

2. Christopher J. Brand, P.E.
   Engineering Systems, Inc.
   2355 Polaris Lane North, Suite 120
   Plymouth, MN 55447-4777

Mr. Brand is a mechanical engineer with expertise in flowmeter operating principles, performance evaluation, calibration and the distinction between installation effects and intrinsic meter accuracy. He will offer expert opinions and testimony concerning the operation, accuracy, testing, and performance of the subject water meter and the allegations of inaccurate registration and overbilling in this action. His opinions are based on his education, training, professional experience, and review of the materials identified in his report. He will testify consistently with the opinions and analysis set forth in the report jointly prepared with Andrew J. Thielen, P.E., attached as Exhibit A. Mr. Brand's curriculum vitae and testimony history for the previous four years are included as attachments to the report. ESi charges $425/hour for Mr. Brand's work in this matter.

3. Any and all custodians of record for any and all records in question who may testify as to the authenticity of any and all such records, and whose records will serve as their reports. None of these expert witnesses have been specially retained by Defendant.

4. Defendant reserves the right to later designate additional experts and/or provide additional opinions, if necessary, in response to any later designation of expert witnesses by

Plaintiff and/or upon receiving more detail as to Plaintiff's expert witnesses' opinions and testimony Plaintiff intends to offer at trial.

5. Defendant reserves the right to call any expert witness designated by any other party in this action.

Dated: November 4, 2026

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

*/s/ Chad R. Fears, Esq.*
Kelly A. Evans, Esq. (SBN 7691)
Chad R. Fears, Esq. (SBN 6970)
Jeffrey F. Barr, Esq. (SBN 7269)
Brennen D. Marshall, Esq. (SBN 16578)
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119

**SPENCER FANE LLP**
Oliver J. Pancheri, Esq. (SBN 7476)
Jessica M. Lujan, Esq. (SBN 14913)
Tiffany Solari, Esq. (SBN 16003)
300 S. 4th Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for Las Vegas Valley Water District*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of November, 2026, a true and correct copy of the foregoing **DEFENDANT LAS VEGAS VALLEY WATER DISTRICT'S INITIAL EXPERT WITNESS DESIGNATION PURSUANT TO RULE 26(a)(2)** was served by email to:

David Gardener, Esq.
Nicholas R. Anderson, Esq.
Scott T. Whitworth, Esq.
LEX TECNICA LTD
10161 Park Run Drive, Suite 150
Las Vegas, NV 89145
david@lextecnica.com
nick@lextecnica.com
scott@lextecnica.com

Michael J. Gayan, Esq.
Katrina Stark, Esq.
CLAGGETT & SYKES LAW FIRM
1160 North Town Center Drive, Suite 200
Las Vegas, NV 89144
mike@claggettlaw.com
katrina@claggettlaw.com

*Attorneys for Plaintiff*

*/s/ Kaitlyn Kalloo*
An Employee of Evans Fears Schuttert McNulty Mickus

# EXHIBIT A

ESi

2355 Polaris Lane North, Suite 120
Plymouth, MN 55447-4777

November 4, 2026

Mr. Chad Fears
Evans Fears Schuttert McNulty Mickus
6720 Via Austi Parkway
Suite 300
Las Vegas, NV 89119

# Report

| | | |
|---|---|---|
| Re: | Your Clients: | Las Vegas Valley Water District |
| | ESi File No.: | 122293 |
| | ESi Descriptor: | Castor (Samuel) v. Las Vegas Valley Water District |

Dear Mr. Fears,

This preliminary report involves the investigation of issues related to the function of a water meter in relation to allegations of overbilling a utility customer, which occurred at 11028 Mount Royal Avenue in Las Vegas, Nevada. Engineering Systems, Inc. (ESi) was engaged by Mr. Chad Fears with the law firm Evans Fears Schuttert McNulty Mickus to investigate and evaluate certain aspects of the utility overbilling allegations. This report, prepared at the request of Mr. Fears, represents the results of our investigation performed to date. A listing of the materials reviewed as part of our investigation and analysis are included as an appendix to this report.

Andy Thielen, P.E.is a Mechanical Engineer employed by ESi. His area of expertise is Heating, Ventilation, Air Conditioning (HVAC) and Plumbing. He received a Bachelor of Science degree in Mechanical Engineering from the University of North Dakota (1985). He is a licensed Professional Engineer (PE) in the State of Minnesota. Mr. Thielen has over 40 years of experience in the following areas: building construction, primarily in terms of HVAC systems - which includes humidity control, district heating, and cooling systems, and humidifier installations in residential, commercial and industrial settings. In the State of Minnesota, Mr. Thielen is certified by the State of Minnesota to provide continuing education to Master Plumbers and Plumbing Officials; that certification and experience is directly relevant to the issue being discussed. ESi currently charges $495 per hour for his services. Mr. Thielen’s curriculum vitae (CV), which includes his professional qualifications and a list of publications, as well as a list of his testimony for the last four years, are included as appendices to this report.

This report and its contents are the Work Product of Engineering Systems Inc. (ESi). This report should only be duplicated or distributed in its entirety. This report may contain confidential or court protected information; please contact an authorized entity prior to distributing. Conclusions reached and opinions offered in this report are based upon the data and information available to ESi at the time of this report, and may be subject to revision after the date of publication, as additional information or data becomes available.

Copyright ESi © 2026 – All Rights Reserved

Chris Brand, P.E. is a Principal and Regional Vice President for ESi, as well as a mechanical engineer. He received a B.S.E in Mechanical Engineering from the University of Michigan-Ann Arbor in 2000 and his M.S.M.E. (Mechanical Engineering) from the University of Minnesota-Twin Cities in 2009. He is a licensed Professional Engineer (PE) in the State of Minnesota. Mr. Brand has over 25 years of experience in the field of mechanical engineering and engineering analysis. For seven years of his career, he worked for Emerson Electric as a design/development engineer for industrial flowmeters, being promoted to a Principal Design/Development Engineer. That experience is directly relevant to flowmeter operating principles, performance evaluation, calibration, and the distinction between installation effects and intrinsic meter accuracy. ESi currently charges $425 per hour for his services. Mr. Brand's curriculum vitae (CV), which includes his professional qualifications and a list of publications, as well as a list of his testimony for the last four years, are included as appendices to this report.

## BACKGROUND

The subject meter is a 1-inch Badger positive-displacement, nutating-disc water meter, serial number 0876278, installed in June 2013 and connected to a separate ITRON 100W+ endpoint. Mr. Castor disputes consumption recorded during an eight-month time period in 2023-24. The District removed the meter on September 4, 2025, and bench-tested it on September 8, 2025. This evaluation is based on the documented handling and testing, the usage plots reproduced in the filings, and the referenced technical publications.

## ANALYSIS

### *Common Mechanical Failure Modes Heavily Favor Under-Registration*

The subject water meter is a positive displacement (PD) type flowmeter, meaning that a discrete volume of fluid is measured at a time. In the flowmeter, the fluid enters a chamber of known volume and then exits. The particular type of PD flowmeter in this matter is a nutating disc, which was developed in 1850.[1] In a nutating disc meter, a flat disc is attached to a ball in the middle of the meter (Figure 1). The incoming flow causes the disc to nutate and in doing so, the disc forms a closed compartment, trapping the fixed volume of liquid.[2] Common mechanical deterioration in nutating-disc and other positive-displacement meters tends to reduce registered volume rather than increase it. The flowrate ($q_v$) through the meter is calculated from the following equation.[3] Leakage reduces the indicated flowrate.

$$q_v = Volume\ per\ revolution\ \times Rotational\ speed - Leakage$$

---

1 Baker, Roger C. *Flow Measurement Handbook: Industrial Designs, Operating Principles, Performance, and Applications*. 2nd ed. Cambridge: Cambridge University Press, 2016, p. 234.

2 Ibid. p. 236.

3 Ibid. equation 9.1.




Figure 9.1, Baker

Figure 1. Generic Nutating Disc Meter (Baker and Morris, 1985).

Wear enlarges leakage paths, permitting water to pass without the corresponding element movement. Gear wear, slip, binding, or incomplete transmission of disc motion to the register likewise produces reduced or absent registration. AWWA[4] C700-20 Appendix B, Sec. B.5.1 expressly identifies measuring-chamber wear and slipping or binding gearing as causes of under-registration or stoppage. Section B.5.2 identifies similar effects from excessive-temperature expansion and binding.

Debris that impedes the disc or abrades its working surfaces can cause sticking, intermittent motion, or increased internal leakage. Those mechanisms do not generate additional rotation cycles. Rather, they explain under-registration.

A coupling or gear-train fault, including ones caused by overspeeding, could cause inaccurate registration, however, it would cause under or intermittent registration, rather than over-registration. Corrosion could result in material loss of sealing elements, however, that would cause bypass and leakage past the sealing components, thus resulting in under-registration.

The only potential failure mode that could cause over-registration is entrained air originating from the municipal water supply. Given that the water supply is pressurized, it is highly unlikely that there is a significant amount of entrained air in the supply. Further, it would be a huge systemic problem that would manifest as sputtering flow from fixtures in Mr. Castor's house as well as the neighborhood. In other words, this issue would not be with the meter. There is no evidence of that occurring.

[4] AWWA: American Water Works Association.

Table 1 below summarizes these potential failure modes, including the mechanism and potential effect.

Table 1: Typical Failure Modes of Positive Displacement Flowmeters:[5]

| Potential Failure mode | Mechanism | Typical Observed Effect |
|---|---|---|
| Measuring-chamber wear | Clearances increase; water slips past the displacement element without producing the expected cycle count. | Usually under-registration; strongest at low flow. |
| Disc / spindle damage or binding | Mechanical resistance prevents complete or repeatable nutation. | Intermittent registration, under-registration, or seizure. |
| Suspended debris, scale or deposits | Material changes clearances, increases friction, blocks ports, or interferes with the disc. | Under-registration, intermittent operation, or stoppage; effect may change if deposits dry or are disturbed. |
| Register / gear-train / magnetic coupling fault | Meter movement is not accurately transmitted to the displayed register. | Under-registration, intermittent display, or no display. |
| Freezing | Expansion of water can crack or distort the case, chamber, cover or seals. | Leakage, binding, altered clearances, or complete failure. |
| High temperature | Thermal expansion can increase friction or bind moving parts. | Under-registration or stoppage. |
| Corrosion / aggressive water | Material loss or roughening affects moving and sealing surfaces. | Model- and location-dependent; often increased friction or leakage. |
| Overspeed / undersizing | Excessive cycling accelerates wear and can damage components. | Progressive under-registration or failure. |
| Entrained air | Air passing through or accumulating in the meter can affect the relationship between register cycles and liquid volume. | Can result in over registration. Direction and magnitude depend on conditions. Highly unlikely in this matter. |

5 AWWA C700-20 Cold-Water Meters – Displacement Type, Metal Alloy Main Case, Appendix B.5.

### *Removal of the Meter and Subsequent Bench Testing Did Not Alter Meter Function*

The installation had little effect on the function of the meter. The positive-displacement principle makes nutating-disc meters substantially less dependent on upstream velocity profile than inferential meters. Nutating disc flowmeters do not have upstream and downstream straight runs requirements, unlike velocity type meters.[6] The technical reason is that the meter repeatedly fills and empties a geometrically defined measuring space rather than estimating volume from local velocity.

Disconnecting the external service couplings does not change the operation or condition of the flowmeter. It does not require opening the measuring chamber or changing the disc, drive mechanism, or register. A controlled water-flow accuracy test operates the meter through its intended flow range; it is not a repair or calibration adjustment. Normal advancement of the totalizer during testing is not a change in the meter's measurement function. Because displacement is measured within the chamber rather than inferred from an upstream velocity profile, the original residential piping configuration is not ordinarily necessary to evaluate intrinsic volumetric accuracy.

The documented procedure identifies no internal disassembly, adjustment, or repair. This supports the conclusion that the mechanical assembly was not modified. Neither the handling evidence nor the test results demonstrates a material change in measurement function.

Removal of flowmeters for calibration and/or function testing is a standard and preferred practice.

### *Bench Testing of the Meter in a Controlled Environment is Appropriate*

For this small, removable positive-displacement meter, controlled bench testing is an appropriate and preferred engineering method for evaluating meter accuracy. AWWA M6 describes both bench and field testing and states that dedicated-facility testing typically produces smaller uncertainty than in-situ testing.[7] Baker describes in-situ calibration as usually far less accurate with the added complexity of greater skill and experience needed.[8] A bench provides better control of flow, collection, reference measurement, and isolation of unrelated water demands. Water is the appropriate test fluid for this cold-water meter and is the fluid used in the AWWA procedures. Therefore, there are no issues with conversion between the calibration fluid and the actual fluid.

For a 1-inch displacement meter, AWWA M6 Table 5-3 recommends flow rate tests at 0.75, 4, and 40 gallons per minute (gpm), with respective nominal test quantities of 10, 10, and 100 gallons. The M6 table reproduced in the District's November 2025 filing also identifies these test points. 40 gpm is the AWWA M6 high-flow test point, while C700-20 lists a 50-gpm safe maximum operating capacity. The testing of this type of meter is not time or location dependent. Testing the meter at the time of removal or today would have substantially similar results, which would demonstrate a properly functioning meter.

A full in-situ calibration would be unlikely to measure the full capacity and flow range of the meter, in addition to being impractical. An in-situ high-flow test requires an adequate supply, discharge connection, and calibrated collection or reference system. At 40 gpm, a 100-gallon test takes

---

[6] AWWA M6 – Water Meters: Selection, Installation, Testing, and Maintenance, 6th Edition.
[7] Ibid. p. 54.
[8] Baker, pp. 72-73.

approximately 2.5 minutes. Restrictions in household outlets, hoses, or test ports may prevent that rate, while uncontrolled household use and collection losses introduce additional error. Without a suitable high-capacity connection, the recommended high-flow test may be impracticable or impossible through the existing outlets. C700 Appendix B recommends a reference measuring device accurate within 0.25 percent. Following that recommendation would require procuring a reference meter with the required uncertainty, such as a Coriolis meter, which is not reasonable. A Coriolis meter must be installed inline and would introduce additional pressure drop among other changes to the system.

In summary, bench testing is the appropriate procedure to evaluate the performance of the meter for this matter. In-situ testing is simply not appropriate and would not adequately measure the performance of the subject meter.

## CONCLUSIONS AND OPINIONS

Based on our education, training and experience as well as the investigation and analysis outlined herein, we hold the following opinions.

1. Removal and bench testing of the subject meter has not altered its function or its performance from its in-situ installation.
2. Common wear, slip, and binding failure modes in nutating-disc and other positive-displacement meters tend to under-register flow, favoring the customer rather than causing the alleged overcharge.
3. The documented removal and bench test did not involve modification or repair of the measuring mechanism. The reviewed evidence does not demonstrate that removal or testing materially changed the meter's measurement function.
4. Controlled bench testing was an appropriate and preferred method for evaluating this 1-inch meter across the AWWA-recommended flow points. An in-situ test is not inherently more reliable and may be unable to achieve the recommended 40-gpm test rate through existing household outlets.

The preliminary conclusions and opinions formulated during this investigation and presented herein are based on information available to date. ESi reserves the right to supplement or otherwise amend this report should other information become available.

Respectfully submitted,

Engineering Systems, Inc.

Andrew J. Thielen, P.E.
Principal
*ajthielen@engsys.com*

Christopher J. Brand, P.E.
Principal and Regional Vice President
*cjbrand@engsys.com*

AJT/CZB/dke

# Appendix A

## Materials Reviewed

## MATERIALS REVIEWED

Current as of November 4, 2026

- Itron Analytics Consumption Reports
- Meter Photographs
- Errata to Plaintiff's First Amended Complaint
- Plaintiff’s Reply in Support of Motion for Sanctions for Spoliation of Evidence, Including to Enter Default Judgment on Specific Issues, or in the Alternative, a Rebuttable Presumption and Curative Relief
- Response to Plaintiff’s Motion for Sanctions for Spoliation of Evidence, Including to Enter Default Judgment on Specific Issues, or in the Alternative, a Rebuttable Presumption and Curative Relief (ECF No. 18)
- Order Continuing Hearing Regarding Motion for Reconsideration
- Declaration of Doa Ross
- Second Declaration of Dennis DeMera
- American Water Works Association--Manual of Water Supply Practices_Water Meters: Selection, Installation, Testing, and Maintenance
- ANSI/AWWA Standard_C700-20 - Cold-Water Meters--Displacement Type, Metal Alloy Main Case
- International Standard ISO/IEC 17025—General requirements for the competence of testing and calibration laboratories

# Appendix B

## Curriculum Vitae for Andy Thielen, P.E.

# Andrew J. Thielen

PE
Principal

Andy Thielen is a Principal for ESi. He is an accomplished Mechanical Engineer with more than 40 years of experience in the following areas: Construction Management with an understanding of the roles and duties of each participant in the construction process, and HVAC systems, which includes plumbing, humidity control, district heating, and cooling systems, in residential, commercial and industrial settings. He provides expert consultation to the construction industry, primarily in terms of HVAC, plumbing, district heating, and cooling systems. In addition, he was the primary editor of the State of Minnesota Commercial Energy, Mechanical and Fuel Gas Building Codes used in Minnesota from 2008 to 2014. Andy also performs failure analysis.

## Education

BS, Mechanical Engineering. University of North Dakota. 1985

## Licenses & Certifications

- State of Alabama P.E. License 20212
- State of Florida P.E. License 103422
- State of Idaho P.E. License 20029
- State of Illinois P.E. License 062.076531
- State of Minnesota P.E. License 22220
- State of Montana P.E. License 59388
- State of North Dakota P.E. License PE-28120
- State of New York P.E. License 110257
- State of Ohio P.E. License 82027
- State of South Dakota P.E. License 5633
- State of Texas P.E. License 109571
- State of West Virginia P.E. License 027131
- State of Wisconsin P.E. License 34550-6
- Certified Construction Contract Administrator
- Certified Instructor, Plumbing Related Topics, State of Minnesota – Continuing Education, St. Paul, MN


**Contact Information**

ajthielen@engsys.com

(763) 447-2751

**ESi Minneapolis**

2355 Polaris Lane North
Suite 120, Plymouth, MN 55447


**Areas of Specialization**

- Cooling Systems
- District Heating
- Failure Analysis
- HVAC
- Mechanical
- Municipal Utilities
- Plumbing
- Standard of Care for Construction
- Utility Easements

## Positions Held

**Engineering Systems Inc., Plymouth, Minnesota**

- Principal, 2023 – Present
- Senior Managing Consultant, 2019 – 2022

**Crane Engineering, Plymouth, Minnesota**

- Consulting Mechanical Engineer / HVAC Plumbing Specialist, 2013 – 2018

**Andrew Engineering, Duluth, Minnesota**

- Principal Engineer/Owner, 2007 – 2012

**State of Minnesota, St. Paul, Minnesota**

- Administrative Engineer, 2006 – 2007

**LHB, Duluth, Minnesota**

- Project Manager, 2000 – 2006

**Foster, Jacobs & Johnson, Inc., Duluth, Minnesota**

- Project Manager, 1997 – 2000

**Sebesta Bloomberg, Inc., Minneapolis, Minnesota**

- Mechanical Project Engineer, 1995 – 1997

**3M, St. Paul, Minnesota**

- Contract Mechanical Engineer, 1989 – 1995

**Gausman & Moore, Inc., St. Paul, Minnesota**

- E.I.T. Designer, 1987 – 1989

**Foster, Jacobs & Johnson, Inc., Duluth, Minnesota**

- E.I.T. Designer, 1986

## Professional Affiliations/Honors

**International Code Council (ICC)**

- Member

**American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE)**

- Member

**Minnesota Association of Plumbing and Mechanical Officials**

- Member

**National Fuel Gas Code (NFPA-54) Technical Committee**

- Voting Member

**City Councilor, Hermantown, MN, 2005-2008**

**Adjunct Professor, Industrial Engineering Department, University of Minnesota, Duluth, MN, 2000**

## Publications

Contributing editor of the National Fuel Gas Code Handbook, Tenth Edition, 2018.

## Presentations

"When Construction Goes Wrong," **A. Thielen** presented at State of Minnesota, Department of Labor and Industry, Plumbing Codes Division, January 2026.

"Boilers, Blowouts and Booms – OH MY!", **A. Thielen,** webinar presenter for Cozen O'Connor, Webinar, November 2023.

"Reviewing Heating and Cooling Load Calculations", **A. Thielen** presented at the International Code Council Region III Upper Great Plains Annual Educational Institute, February 2023.

"Building Failures: Reviewing Heating and Cooling Load Calculations", **A. Thielen** presented at the University of Minnesota's Annual Institute for Building Officials Conference, January 2023.

"Inspecting Complete HVAC Systems:  Heating and Cooling Load Estimation", **A. Thielen,** presented at the University of Minnesota's Annual Institute for Building Officials Conference, January 2022.

"What Happens When You Ignore the Plumbing and Mechanical Codes," **A. Thielen** presented at the ICC Region III Conference, Chaska, MN, February 2020.

"Metallurgical Pipe Evaluations," **A. Thielen** presented at Energy Management, University of Minnesota, Minneapolis, MN, July 2019.

"Claims & Litigation Involving Destruction Defects, a Lack of Maintenance and the Building Codes," **A. Thielen** presented at Crane Engineering, Plymouth, MN, March 2019.

"Construction Defects, Maintenance, and Building Codes," **A. Thielen** presented at Crane Engineering, Plymouth, MN, March 2019.

"HVAC Case Study," **A. Thielen** presented at Crane Engineering, Plymouth, MN, 2018.

"When Building Codes Aren't Followed Part Deux," **A. Thielen** presented at Earl Brown Center, 2018.

"From Uptown to Downtown: Issues Regarding Mixed-Use Multi-Level Construction," **A. Thielen** presented at Crane Engineering, Plymouth, MN, January 2018.

"Minnesota Energy Code," **A. Thielen** presented at the Minnesota Blue Flame Association, MN, September 2015.

“When Building Codes Aren’t Followed,” **A. Thielen** presented at ASHRAE, MN, April 2015.

“Building Officials: Refrigeration Machine Room Requirements,” **A. Thielen** presented at the University of Minnesota, Minneapolis, MN, January 2015.

“Building Officials: When Building Codes Aren’t Followed,” **A. Thielen** presented at the University of Minnesota Annual School for Building Officials, MN, January 2015.

National Association of Power Engineers – State of Minnesota Boiler Seminar Continuing Education Presentation, October 2014.

“US Water Presentation: Common Mechanical Failures in Buildings,” **A. Thielen** presented at U.S. Water Headquarters, St. Michael, MN, October 2014.

“Premise Liability,” **A. Thielen** presented at Collier’s College, MN, June 2014.

“When Building Codes Aren’t Followed,” **A. Thielen** presented at Minnesota Plumbing Heating Cooling Contractors Association, Brooklyn Center, MN, February 2014.

“Building Codes #1 and Building Codes #2,” **A. Thielen** presented at the University of Minnesota Annual School for Building Officials, Minneapolis, MN, January 2014.

“Commercial Energy Code Update,” **A. Thielen** presented at the University of Minnesota Annual School for Building Officials, Minneapolis, MN, January 2014.

“Forensic Engineering,” **A. Thielen** presented at the University of Minnesota Facilities Engineering, MN, October 2013.

“When Building Codes Aren’t Followed” and “Upcoming Commercial Energy Code,” **A. Thielen** presented at the Minnesota Association of Plumbing and Mechanical Officials, MN, October 2013.

“When Building Codes Aren’t Followed,” **A. Thielen** presented at Dakota Electric Cooperative Trade Show, MN, October 2013.

“When Building Codes Aren’t Followed,” **A. Thielen** presented at Minnesota Blue Flame, MN, September 2013.

“Converting Hospitals from Steam to Hot Water,” **A. Thielen** presented at Minnesota Health Care Engineers Association, September 2011.

“Things Design Professionals Miss and Mechanical Code Updates,” **A. Thielen** presented at ASHRAE Minnesota Chapter, MN, January 2010.

“Minnesota Commercial Kitchen Ventilation Guidelines,” **A. Thielen**, Ventilation Committee of the Inter-Agency Review Council, Fourth Edition, 2010.

“Building Retro-commissioning”, Arrowhead Chapter - Minnesota Health Care Engineers Association, March 2009.

Minnesota Fuel Gas Seminar, State of Minnesota, Department of Labor and Industry, Construction Codes and Licensing Division, Spring Seminar Series, January – May 2009.

"Mechanical Code and Commercial Energy Code Update," **A. Thielen** presented at the University of Minnesota Annual School for Building Officials, Minneapolis, MN, January 2008.

"Upcoming Changes to the Minnesota Mechanical, Fuel Gas and Commercial Energy Codes," **A. Thielen** presented at State of Minnesota, Department of Labor and Industry, Construction Codes and Licensing Division, Spring Seminar Series, January – May 2007.

"Changes to the Minnesota Elevator Code," **A. Thielen** presented at State of Minnesota, Department of Labor and Industry, Construction Codes and Licensing Division, Spring Seminar Series, January – May 2007.

# Appendix C

## Curriculum Vitae for Chris Brand, P.E.

# Christopher J. Brand

PE

Principal, Vice President of Regional Operations

Chris Brand is a Principal for ESi. He is a licensed professional Mechanical Engineer with over twenty-five years of experience. He holds a BSE and MSME in mechanical engineering. He performs machine design and machine safety analysis on a wide variety of productions including gear boxes, CNC machining centers, cryogenic freezers and generators. His extensive experience with finite element analysis and computational fluid dynamics along with his understanding of mechanical and materials issues on the component level (including fasteners, bearings, gears, etc.) provide him with a strong base for failure and forensic investigations. He specializes in applying engineering simulations to failure investigations, e.g., fuel gas leaks. He provides consulting and expertise on industrial and commercial safety including automatic doors. He has experience in investigating accidents involving large machinery such as cranes, agriculture equipment and wind turbines. He performs investigations into piping system failures from residential water losses to industrial chemical leaks.

Prior to joining ESi, Mr. Brand worked as a Principal Design/Development Engineer with Rosemount, Inc. (a business unit of Emerson Electric). At Emerson, he primarily worked on inline flowmeters including vortex shedding and magnetic types. He worked as an application engineer for a company that produced commercially available finite element analysis and machining simulation software. He also has experience in the automotive industry having worked at a Tier 1 supplier and at the University of Michigan Engineering Research Center.

## Education

M.S.M.E. Mechanical Engineering. University of Minnesota. 2009

B.S.E. Mechanical Engineering, Magna Cum Laude. University of Michigan. 2000

## Licenses & Certifications

- State of Minnesota P.E. License 48686
- State of Oklahoma P.E. License 33879


### Contact Information

cjbrand@engsys.com

(763) 447-2755

### ESi Minneapolis

2355 Polaris Lane North, Suite 120
Plymouth, MN 55447


### Areas of Specialization

- Agricultural/Farming Equipment Failure Analysis
- Computational Fluid Dynamics
- Engineering Analysis/Simulation
- Failure Analysis
- Finite Element Analysis
- Fluid Mechanics
- Hydraulics
- Industrial Safety
- Machining and Manufacturing Processes
- Machine Design
- Machine Guarding and Safety
- Mechanical
- Piping and Pressure Vessel Analysis
- Products Liability/Design
- Recreational Products Failure Analysis
- Solid Mechanics

- State of Pennsylvania P.E. License 099232
- State of Wisconsin P.E. License 45977

## Positions Held

**Engineering Systems Inc., Plymouth, Minnesota**

- Vice President of Regional Operations, 2025 – Present
- Principal, 2023 – Present
- Manager of Minnesota Operation, 2020 – 2025
- Senior Managing Consultant, 2019 – 2022

**Crane Engineering, Plymouth, Minnesota**

- Mechanical Engineer, 2012 – 2018

**Emerson Electric Co. (Rosemount, Inc.), Eden Prairie, Minnesota**

- Principal Design/Development Engineer, 2010 – 2012
- Senior Design/Development Engineer, 2005 – 2010

**Third Wave Systems, Inc., Minneapolis, Minnesota**

- Applications Engineer, 2000 – 2005

**Magna Seating Systems, Livonia, Michigan**

- Design and Manufacturing Engineering Intern, 1998 – 1999

**University of Michigan Engineering Research Center – RMS, Ann Arbor, Michigan**

- Research Assistant, 1999

## Continuing Education

- **40 Hour Hazardous Waste Site Worker Training Course (Hazwoper) Refresher**, 2024
- **Essentials-B30 Safety Standard** – ASME, 2014
- **Symmetry Solutions: Solid Works Flow Simulation Training**, 2014
- **Practical Applications of Drones for Pes** – MNSPE, 2013
- **EAG: Intro to Analytical Techniques**, 2013
- **ANSYS Mechanical Structure Nonlinearities**, 2012

## Professional Affiliations/Honors

**ASM International**

- Member

**American Society of Mechanical Engineers (ASME)**

- Member

**American Society of Safety Professionals (ASSP)**

- Member
- Z244 Control of Hazardous Energy – Lockout/Tagout and Alternative Methods Committee – ASSP Representative
- Z244.1 The Control of Hazardous Energy Lockout, Tagout and Alternative Methods Subcommittee

**Pi Tau Sigma**

## Project Experience

**Investigations**

<u>Mechanical Failure Analysis & Fracture Mechanics</u>

- Investigated and determined cause of a bead seater (pressure vessel) failure. The investigation involved material composition determination and aluminum welding evaluation.
- Climbed to the top of a 240-foot-tall wind turbine to investigate a gear box failure. The failure involved the fatigue fracture of a helical gear tooth.
- Analysis of an air cannon failure used in the annual “Punkin’ Chunkin’” contest. The failure involved the fatigue and failure of bolts used to contain the pumpkin being propelled.
- Investigated the failure of a wastewater treatment clarifier bearing. A clarifier separates out solid matter from wastewater using a skimmer and rake system that rotates at a relatively low speed. The shaft rides on plastic bearings that keep it centered. That plastic component wore down to the metal. The metal on metal contact ultimately cut through the wall thickness of the main shaft.
- Analyzed the failure of several journal bearings in natural gas-powered generators (gensets) at a dairy farm. The fuel used in the gensets was biogas generated on the farm from cattle manure, which is a sour gas (i.e. contains a high concentration of hydrogen sulfide). The failures were caused by using an engine oil that was not compatible with the hydrogen sulfide levels in the biogas.
- Analyzed the separation of a mechanical coupling used in an underground water service line. The separation caused a water loss in an apartment complex. Bolts used in the coupling were not properly tightened, which allowed the pipe to move axially and separate from the coupling.

- Investigated the failure of a gear box that resulted in a 60-gallon kettle of boiling hot soup tilting and spilling onto the leg of an employee. The gear box had been repaired and modified compared to the original design. A component was missing that would have prevented the kettle from tilting.

Industrial & Occupational Safety Investigations

- Performed an analysis on an egg grader machine that injured a worker. During cleaning operations, a guard was removed, which exposed an unguarded rotating shaft. The machine was running during cleaning contrary to lock-out/tag-out requirements.
- Performed a comprehensive machine safety and guarding analysis of an industrial horizontal grinder involved in a severe hand injury during jam-clearing operations. The investigation included site inspection, operational testing, evaluation of interlocks and rundown time, and detailed analysis of compliance with OSHA regulations and ANSI B11 and Z244.1 standards. Assessed the adequacy of safeguarding, lockout/tagout alternatives, and feasibility of safer alternative designs, concluding that the grinder's interlock system allowed access to hazardous moving parts and did not meet applicable safety standards.
- Analyzed an automatic door at an electronics retailer that was allegedly involved in an injury. The door's operation was tested with respect to applicable standards.

CFD, Thermal, and Fluid Systems Analysis

- Mechanical analysis of a liquid nitrogen cryogenic freezer failure. Utilized testing to evaluate a hypothesis of the cause of the failure that was mechanical in nature. Ultimately, the failure was related to the software.
- Performed an underground gas migration analysis of a natural gas leak using Computational Fluid Dynamics (CFD). The leak was caused by a horizontal drilling operation which struck an underground gas line. The gas migrated into an adjacent restaurant and was ignited. Several scenarios of potential pre-incident actions were simulated to determine whether gas would have migrated to the restaurant in those alternate scenarios.
- Investigation of an exploding fondue pot used at a restaurant. The work entailed a site inspection, water chemistry testing and exemplar testing in a laboratory.
- Performed computational fluid dynamics analysis of a factory-built wood burning fireplace that allegedly caused a fire. Analyzed the fluid flow of hot gases generated by the burning fuel and the heat transfer to the surrounding environment.
- Investigated the eruption of water in a heated ultrasonic cleaning machine. The machine had several modifications from the original design including disabling of a circulation pump, installation of additional heating elements and bypassing thermal protections. Analysis of video of the incident showed that the eruption occurred when the ultrasonic cleaning function was activated.

Product Liability & Consumer Safety

- Evaluated a product that was claimed to not be dishwasher safe and because of that it fractured and caused an injury. Several exemplars were tested to applicable industry standards. The results show that the product was in fact dishwasher safe.

- Investigation of an ADA pool lift at a hotel involved in an injury to a guest. The lift had been setup counter to manufacturer's instructions and had a broken coupling that allowed it to rotate freely.
- Performed mechanical analysis and testing of a personal blender involved in an amputation. The subject container fractured and the plaintiff's hand contacted the rotating blades. Testing was performed using exemplar containers and human finger surrogates.
- Conducted a forensic engineering investigation into an electric pressure cooker incident involving burn injuries. The work included inspection and testing of the subject cooker and an exemplar unit, evaluation of pressure-relief and lid-interlock safety systems, review of applicable UL standards, and hypothesis testing of potential failure modes.

Stability Analysis

- Performed analysis and testing of a heavy vault door that tipped over causing injury to a construction worker. The vault door was removed from its hinges and then leaned up against a wall at a construction site. The door weighed 2,780 pounds [1,260 kg]. The subject door was propped up consistent with deposition testimony and its stability (i.e. the perturbation force required to tip) measured.
- Evaluation of the stability of a rolling commode chair used by a muscular dystrophy patient. The chair had been modified from its original design and did not have optional anti-tippers installed. Center of gravity measurements were performed and stability testing was done using a surrogate with similar height and weight as the patient.

## Invited Speaking Engagements

"More Than Just a 'Pretty Picture': Use of Finite Element Analysis in Failure Analysis," **C.J. Brand**, presented at ASM International – Minnesota Chapter, Symposium Hennepin Technical College, Brooklyn Park, MN, 2017.

"Forensic Testing for Tank System Failures," **C.J. Brand**, presented at the 27th Annual Environmental and Ground Water Quality Conference, Pierre, SD, 2015.

## Peer Reviewer

Journal of Failure Analysis and Prevention, ASM International

## Publications

"Flanged Reducer Vortex Flowmeter," **Brand, C.J.**, Patent No. 9,016,138, Issued: Apr. 28, 2015.

"Leak Check Device for Vortex Sensor Replacement", Foster, JD, **Brand, C.J.**, Graber, WF, Patent No. 7,637,170, Issued: Dec. 29, 2009.

"Ductile Regime Machining of Silicon Nitride: A Numerical Study Using Drucker-Prager Material Model," Aijarapu, SK et al, 2003, Proceedings of the Third National Conference on Precision Engineering.

"Simulation and Analysis of Chip Breakage in Turning Processes," Maruisch, TD, Thiele, JD, **Brand, C.J.**, 2002, Proc. of the 5th CIRP International Workshop on Modeling of Machining Operation, pp. 139-148.

"Numerical Simulation of Ductile Machining of Silicon Nitride with a Cutting Tool of Defined Geometry," Kumbera, TG, Cherukuri, HP, Patten, JA, **Brand, C.J.**, Maruisch, TD, 2001, Proceedings of the 4th CIRP International Workshop on Modeling of Machining Operations, p. 7.

## Presentations/Newsletters

"Comparative Analysis of Fasteners Utilized in a Crane – Threaded Plate vs. Nut and Bolt," **C. Brand** presented at IMAT – ASM's Annual Meeting, Cleveland, OH, 2024.

"Frozen in Time – Use of Data and Testing to Understand the Mechanics of a Cryogenic Loss," **C. Brand** and J. Buckley presented at Engineering Systems, Inc. Webinar, May 13, 2020.

"Computer Modeling—Why, When and How (and the Pitfalls)," **C.J. Brand**, Tom Crane, P.E., presented at Crane Engineering Smart Sessions, Plymouth, MN, 2019.

"Virtual Testing: Use of Computer Simulation for Better Products," **C.J. Brand** presented at Crane Engineering Smart Sessions, Plymouth, MN, 2018.

"Timing in Fuel Gas Migration: Modeling and Analysis", Crane Engineering Newsletter, 2017.

"Computational Fluid Dynamics: It's Not Just for NASA Anymore," **Brand, C.J.**, Crane Engineering Newsletter, 2016.

# Appendix D

## Testimony of Andy Thielen, P.E.

ESi

2355 Polaris Lane North, Ste. 120
Plymouth, MN 55447-4777

# ANDREW J. THIELEN, P.E.
# PRINCIPAL

ajthielen@engsys.com

| PROJECT | STATE | |
|---|---|---|
| **2026** | | |
| **Brittany Watts. v. Bon Secours Mercy Health, et al.**<br>No. 4:25-CV-00049<br>In the United States District Court for the Northern District of Ohio Eastern Division | OH | Deposition (08-04-2026) |
| **Marriott Ownership Resorts, Inc. v. Steve Hoegger & Associates, Inc.**<br>No. 5460001451<br>JAMS Arbitration | HI | Deposition (05-12-2026) |
| **Mountaineer Gas Company v. West Virginia-American Water Company**<br>No. 23-C-1067<br>In the Circuit Court of Kanawha County, West Virginia Business Court Division | WV | Deposition (04-30-2026) |
| **Association of Unit Owners of 1108 Auahi v. Uponor Inc., et al.**<br>No. 25-0230-A<br>Dispute Prevention and Resolution, State of Hawaii | HI | Deposition (04-07-2026) |
| **The Choctaw Nation of Oklahoma v. Airetech Corporation, et al.**<br>No. 01-24-0003-1296<br>American Arbitration Association | OK | Deposition (03-27-2026) |
| **Association of Unit Owners of Waihonua at Kewalo v. Uponor Inc., et al.**<br>No. 1CCV-22-0001092<br>In the Circuit Court of the First Circuit, State of Hawaii | HI | Deposition (03-20-2026) |
| **Block 6 Joint Venture, LLC v. Uponor, Inc., et al.**<br>No. 01-22-0004-1260<br>American Arbitration Association | CA | Deposition (01-16-2026) |

| **PROJECT** | **STATE** | |
|---|---|---|
| **<u>2024</u>** | | |
| **Earl Baker, et al. v. Bow Plumbing Group, Inc., et al.**<br>No. 03-CV-2022-901043<br>In the Circuit Court of Montgomery County, Alabama | AL | Deposition<br>(08-27-2024) |
| **Block 188 Residential Condominium Community, Inc., et al. v. Austin Proper JV, LLC, et al.**<br>No. 01 23 0004 7699<br>American Arbitration Association | TX | Deposition<br>(07-22-2024) |
| **Madison County School District 59-0002, a/k/a Norfolk Public Schools v. Strobel Energy Group, LLC, et al.**<br>No. CI 22-199<br>In the District Court of Madison County, Nebraska | NE | Deposition<br>(07-02-2024) |
| **Vikas and Ruchi Gupta v. Bow Plumbing Group, Inc.**<br>No. 2:22-CV-547-MHT-KFP<br>In the United States District Court for the Middle District of Alabama, Northern Division | AL | Deposition<br>(01-11-2024) |
| **<u>2023</u>** | | |
| **Ann Riley and James Lucius v. Harris Builders, Inc. and Mid State Plumbing & Heating, Inc.**<br>No. 19HA-CV-21-2175<br>State of Minnesota, County of Dakota, First Judicial District | MN | Trial<br>(09-22-2023) |
| **Blattner Energy, LLC v. Associated Electric and Gas Insurance Services, Limited**<br>No. 4:22-CV-00621-DGK<br>In the United States District Court<br>For the Western District of Missouri, Western Division | MO | Deposition<br>(05-08-2023) |
| **<u>2022</u>** | | |
| **Jon Orelt v. Ameren Illinois Company, and Sauget Sanitary Development & Research Association, d/b/a American Bottoms**<br>No. 20-L-0934<br>In the Circuit Court, Twentieth Judicial Circuit,<br>St. Clair County, State of Illinois | IL | Deposition<br>(12-06-2022) |

| PROJECT | STATE | |
|---|---|---|
| **D.L. Skiing, LLC and Mont Du Lac Snow Sports, LLC v. Bruckelmyer Brothers Construction, LLC, et al.**<br>No. 19-CV-131<br>State of Wisconsin, Circuit Court, Douglas County | WI | Deposition<br>(10-13-2022) |
| **Smedberg Residence – City of Otsego / Open Permit and Code Compliance**<br>No. 22-04<br>State of Minnesota, Department of Labor and Industry | MN | Administrative Hearing<br>(10-04-2022) |
| **Lisa Driscoll, Mike Driscoll v. Soderstrom Sewer, Mark Soderstrom**<br>No. 02-CO-22-721<br>State of Minnesota, County of Anoka, Tenth Judicial District | MN | Trial<br>(09-09-2022) |
| **Agri-Systems d/b/a ASI Industrial v. The Amalgamated Sugar Company, LLC, and its Affiliates**<br>No. 01-20-0004-9956<br>American Arbitration Association | ID | Deposition<br>(02-02-2022) |

# Appendix E

## Testimony of Chris Brand, P.E.

ESi

2355 Polaris Lane North, Ste. 120
Plymouth, MN 55447-4777

**CHRISTOPHER J. BRAND, P.E.**
**PRINCIPAL**
cjbrand@engsys.com

| PROJECT | STATE | |
|---|---|---|
| **2026** | | |
| **Donna M. True, Administratrix of the Estate of Bruno Nava, et al. v. Sugawa Industry, Co. Ltd., et al.**<br>Civil Action No. 5:23-cv-0277-KKC<br>U.S. District Court, Eastern District of Kentucky | KY | Deposition<br>(10-15-2026) |
| **Kao Vang v. NCC Automated Systems, Inc. v. Wellness Pet Company and Viking Masek Packaging Technologies**<br>Case No. 24-CV-00953<br>U.S. District Court, District of Minnesota | MN | Deposition<br>(7-14-2026) |
| **Todd Clemens, et al. v. Artsana USA, Inc.**<br>Case No. 240201941<br>Civil Trial Division, Court of Common Pleas of Philadelphia County, PA | PA | Trial<br>(6-11-2026) |
| **Nicolas Ruiz De Chavez, et al. v. Tension Envelope Corporation, et al.**<br>Case No. 3:24-CV-00807<br>U.S. District Court, Western District of Wisconsin | WI | Deposition<br>(5-27-2026) |
| **Sharon Wetherbe, et al. v. Altec Industries, Inc., et al.**<br>Case No. 2023 L 002611<br>Circuit Court of Cook County, Illinois | IL | Deposition<br>(3-24-2026) |
| **Harman Friedman v. At Your Service Garage Doors LLC, et al.**<br>Case No. 2024 CA 011492 DIV AO<br>Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida | FL | Deposition<br>(3-13-2026) |
| **Catherine Phelan v. Evergreen Real Estate Services, LLC, et al.**<br>Case No. 2023 L 011137<br>Circuit Court of Cook County, Illinois | IL | Deposition<br>(3-05-2026) |

## 2025

| | | |
|---|---|---|
| **Tommi R. Clymer v. Vecoplan, LLC**<br>Case No. 5:23-CV-00069<br>U.S. District Court, Harrisonburg Division, Western District of Virginia | VA | Deposition<br>(9-25-2025) |

## 2024

| | | |
|---|---|---|
| **Rembrandt Enterprises Inc. v. Tecno Poultry Equipment, SpA**<br>Case No. 21-CV-4007<br>U.S. District Court, Western Division, Northern District of Iowa | IA | Trial<br>(2-09-2024) |

## 2023

| | | |
|---|---|---|
| **Scott Pelton, et al. v. Maytag Ltd., et al.**<br>CV-16-544140<br>Ontario Superior Court of Justice, Canada | ON | Trial<br>(11-27-2023) |
| **Stephen Bielec v. Mar-Mac Industries, Inc., et al.**<br>No. 20 L 10142<br>Circuit Court of Cook County, Illinois | IL | Deposition<br>(07-06-2023) |

## 2022

| | | |
|---|---|---|
| **Miriam Lazusky v. Bluestem Brands, Inc., et al.**<br>No. 27-CV-20-8417<br>District Court, Fourth Judicial District, Hennepin County, Minnesota | MN | Trial<br>(11-17-2022) |
| **Dewarren M. Harris v. Continental ContiTech North America, et al.**<br>No. 62-CV-16-4613<br>District Court, Second Judicial District, Ramsey County, Minnesota | MN | Trial<br>(09-02-2022) |
| **Michael Glass, Jr. v. United Parcel Services (UPS), et al.**<br>No. 1:19-CV-19839<br>U.S. District Court, District of New Jersey | NJ | Deposition<br>(07-12-2022) |
| **Thomas E. Eiselt v. Ameren Illinois Company, et al.**<br>No. 17-LL-0009<br>Circuit Court, Ninth Judicial District, Fulton County, Illinois | IL | Trial<br>(04-26-2022) |
| **Logan Shortridge v. James Hardie Building Products, Inc., et al.**<br>No. CL20-1093<br>Pulaski Circuit Court, 27th Judicial Circuit of Virginia | VA | Deposition<br>(02-08-2022) |