**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMUEL CASTOR, ESQ., as Trustee of CPACS, a Living Trust,<br>Plaintiff,<br>vs.<br>LAS VEGAS VALLEY WATER DISTRICT, a political subdivision of the State of Nevada,<br>Defendant. | Case No. 2:25-cv-01628-RFB-MDC<br><br>**ORDER GRANTING MOTION TO WITHDRAW (ECF NO. 87)** |

The Court has reviewed plaintiff's *Motion to Withdraw* (ECF No. 87) ("Motion"). The Court **GRANTS** the Motion for the reasons below.

In accordance with LR IA 11-6(b), plaintiff requests to withdraw the Claggett & Sykes Law Firm ("Claggett") as his co-counsel of record in this case. *ECF No. 87*. Plaintiff notes that will continue to be represented by counsel from Lex Tecnica. *Id.* Plaintiff also included a Proof of Service that certifies that he served his Motion to all the parties in this case via the CM/ECF electronic file system. *Id.* No party filed an opposition to plaintiff's Motion. For good cause and because his Motion is unopposed (*see* LR 7-2(d)), plaintiff's request is therefore granted.

ACCORDINGLY,

**IT IS ORDERED that:**

1. Plaintiff's *Motion to Withdraw* (ECF No. 87) is **GRANTED**. Counsel from the Claggett & Sykes Law Firm are terminated as co-counsel of record for plaintiff in this case.
2. Michael J. Gayan, Esq. shall be removed from CM/ECF electronic service in this case.

DATED: November 25, 2026.

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge